No. 287. EDMONSON *v.* McWILLIAMS, TRUSTEE IN BANKRUPTCY. Certiorari denied. *T. J. Wills, Horace C. Wilkinson* and *Thomas E. Skinner* for petitioner. *T. C. Hannah* and *M. M. Roberts* for re-

spondent. *William H. Watkins, P. H. Eager, Jr., Thomas H. Watkins* and *Elizabeth Hulen* filed a brief for the Maryland Casualty Co. et al., as *amici curiae,* opposing the petition.